November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### IN THE MATTER OF J.L.U.

NO. 14-16-00876-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on September 29, 2016 waiving juvenile jurisdiction and transferring appellant to criminal district court. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.